Milling Company, Respondent.—Judgment and order affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Benjamin W. Smith, Appellant.— Judgment affirmed. No opinion.

Charles Flansburg, Respondent, v. New York Contracting Company, Pennsylvania Terminal, Appellant.— Judgment and order affirmed, with costs, on 136 Appellate Division, 551. Ingraham, P. J., and McLaughlin, J., dissented on former dissenting opinion.

Caroline B. Sexton, Respondent, v. Albina Goldstein, Individually and as Trustee for Gertrude Hutter, Appellant, Impleaded with William Hutter and Others.— Judgment and order affirmed, with costs. No opinion.

Henry E. Fox, Appellant, v. Joseph Gallo and Another, Respondents.— Judgment affirmed, with costs. No opinion.

Siegfried Salomon and Others, Appellants, v. James L. Dolgoff, Respondent.— Judgment affirmed, with costs. No opinion.

Francis J. McMahon, Appellant, v. Michael Fox Amusement Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Luke A. Burke.— Referee's report confirmed. Order to be settled on notice.

In the Matter of Samuel Marx.— Order affirmed. No opinion.

Ellen M. Duncan, Respondent, v. Fred A. Duncan, Appellant.— Order reversed and motion granted to the extent of reducing alimony to fifteen dollars a week for the support of the children. No opinion. Order to be settled on notice.

In the Matter of the Judicial Settlement of the Account of Elbert B. Hamlin, as Executor, etc., of Angelica H. Ambler, Deceased, Respondent. Mary L. Hamlin, as Ancillary General Guardian of Thornton Hamlin and Eleanor Lacey Hamlin, Infants, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Liquidation of The Union Life Insurance Company. Eugene Van Schaick, Appellant; Superintendent of Insurance, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Patrick J. McMahon, Appellant, v. James Creelman and Others, Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. James J. Wilson, Appellant, v. Rudolph P. Miller, as Superintendent of Buildings of the Borough of Manhattan, City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Edward S. Haiduven, Appellant, v. Edward V. Frothingham, as Commissioner of Public Works of the Borough of Manhattan, City of New York. Respondent.— Order affirmed, with ten dollars costs and disbursements.. No opinion.

Meyer L. Sire, Respondent, v. Edward F. Browning, Appellant.— Order